```
JAMES E. HARPER
Nevada Bar No. 9822
HARPER | SELIM
1935 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 948-9240
Fax:    (702) 778-6600
Email: eservice@harperselim.com
```
*Attorneys for Defendant*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| JOSE SOTELO, individually,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, and DOES I through, and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendant. | CASE NO.: 2:23-cv-01541-MMD-DJA<br><br>**REVISED STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**SUBMITTED IN COMPLIANCE WITH LR 26-1(e)** |

Plaintiff, JOSE SOTELO ("Plaintiff"), by and through his counsel of record, ANGULO LAW GROUP, and Defendant, STATE FARM FIRE AND CASUALTY COMPANY ("Defendant"), by and through its counsel of record, HARPER | SELIM, hereby stipulate and agree to the following Joint Discovery Plan and Scheduling Order:

1. <u>Meeting:</u>  Pursuant to Fed. R. Civ. P. 26(f) and LR 26-1(d), a meeting was held on November 3, 2023 and conducted by and between Peter M. Angulo, Esq. on behalf of Plaintiff and James E. Harper, Esq. on behalf of Defendant.

2. <u>Pre-Discovery Disclosures:</u>  Pursuant to Fed. R. Civ. P. Rule 26(a)(l), the parties have served their initial disclosures, including any Computation(s) of Damages required pursuant to Fed. R. Civ. P. 26(a)(i)(A)(iii).

3. <u>Areas of Discovery:</u>  The parties agree that the areas of discovery should include all claims and defenses allowed pursuant to the Federal Rules of Civil Procedure.

4. <u>Discovery Cut-Off Date:</u>  The last day to conduct discovery, which is one hundred

1

1  eighty (180) days from September 28, 2023, shall be March 26, 2024.

2      5.    <u>Amending The Pleading And Adding Parties:</u>  The last day to file any motion(s) to
3  amend pleadings or to add parties, which is ninety (90) days before the discovery cut-off deadline,
4  shall be December 27, 2023.

5      6.    <u>FRCP 26(A)(2) Disclosure (Experts):</u>

6      a.    The last day to disclose initial expert witnesses, which is sixty (60) days
7  before the discovery cut-off deadline, shall be January 26, 2024.

8      b.    The last day to disclose rebuttal expert witnesses, which is (30) days after the
9  deadline to disclose initial expert witnesses, shall be February 26, 2024[1].

10      7.    <u>Dispositive Motions:</u>   The last day to file any dispositive motions, which is thirty
11  (30) days after the discovery cut-off deadline, shall be April 25, 2024.

12      8.    <u>Pre-Trial Order:</u>  The Joint Pretrial Order shall be filed by May 28, 2024[2], which
13  is not more than thirty (30) days after the date set for filing dispositive motions in the case. This
14  deadline is suspended if dispositive motions are timely filed.

15      9.    <u>Fed. R. Civ. P. 26(a)(3) Disclosures:</u>  Unless the discovery plan otherwise provided
16  and the Court so orders, the disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections
17  thereto shall be included in the pretrial order.

18      10.    <u>Extensions or Modifications of the Discovery Plan and Scheduling Order:</u>  LR
19  <span style="color:red">26-3</span> <s>26-4</s> governs modifications or extensions of this Discovery Plan and Scheduling Order. Any
20  stipulation or motion to extend a deadline set forth in the Discovery Plan and Scheduling Order
21  must be made not later than 21 days before the subject deadline. Any stipulation or motion to
22  extend the discovery cut-off deadline must be made no later than March 5, 2024, 21 days
23  before the discovery cut-off date.

---

[1] This deadline falls on Sunday, February 25, 2024. As a result, this deadline extends to the next court day of Monday, February 26, 2024, by operation of NRCP 6.

[2] This deadline falls on Saturday, May 25, 2024. As a result, this deadline extends to the next court day of Tuesday, May 28, 2024, by operation of NRCP 6.

2

11. <u>Court Conferences:</u>  If the Court has questions regarding the dates proposed by the parties, the parties request a conference with the Court before entry of the Scheduling Order. If the Court does not have questions, the parties do not request a conference with the Court.

12. <u>Format of Discovery:</u>  Pursuant to the electronic discovery amendments to the Federal Rules of Civil Procedure effective December 1, 2006, the parties addressed the e-discovery issues pertaining to the format of discovery at the Rule 26(f) conference. The parties do not anticipate discovery of native files or metadata at this time, but each party reserves the right to make a showing for the need of such electronic data as discovery progresses.

13. <u>Rule 35 Medical Examination:</u>  Defendant reserves the right to have Plaintiff undergo a Rule 35 medical examination performed by Defendant's doctor(s), at a time to be determined by the parties. Said medical examination is to proceed pursuant to Rule 35 of the Federal Rules of Civil Procedure. This agreement is not to be construed as a waiver of any valid objections thereto.

14. <u>Alternative Dispute Resolution:</u> The parties certify that they met and conferred about the possibility of using alternative dispute resolution processes, including mediation, arbitration, and, if applicable, early neutral evaluation.

15. <u>Alternative Forms of Case Disposition:</u>  The parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, and the use of the Short Trial Program (General Order 2013-01).

/ / /

3

16. <u>Electronic Evidence:</u>  The parties certify that they may present evidence in electronic format to jurors for the purpose of jury deliberations in compliance with the Court's electronic jury evidence display system.

DATED this 20th day of November, 2023.

**ANGULO LAW GROUP**

*/s/ Peter M. Angulo*

PETER M. ANGULO
Nevada Bar No. 3672
5545 S. Mountain Vista Street, Suite F
Las Vegas, Nevada 89120
*Attorney for Plaintiff*

DATED this 20th day of November, 2023.

**HARPER | SELIM**

*/s/ James E. Harper*

JAMES E. HARPER
Nevada Bar No. 9822
1935 Village Center Circle
Las Vegas, Nevada 89134
*Attorneys for Defendant*

<u>**ORDER**</u>

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 11/21/2023

4