JAMES E. HARPER
Nevada Bar No. 9822
SABRINA G. WIBICKI
Nevada Bar No. 10669
**HARPER | SELIM**
1935 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 948-9240
Fax:    (702) 778-6600
Email: eservice@harperselim.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSE SOTELO, individually,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, and DOES I through, and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendant. | CASE NO.: 2:23-cv-01541-MMD-DJA<br><br>**REVISED STIPULATION AND ORDER TO EXTEND DISCOVERY (First Request)** |

Plaintiff, JOSE SOTELO ("Plaintiff"), by and through his attorneys of record, ANGULO LAW GROUP, and Defendant, STATE FARM FIRE AND CASUALTY COMPANY ("Defendant"), by and through its attorneys of record, HARPER | SELIM, (collectively, "the Parties") submit the following Stipulation and proposed Order pursuant to LR 26-3 [26-4 struck] hereby agreeing to a ninety (90) day continuance of the current discovery deadline to give the parties additional time to facilitate Defendant's Fed. R. Civ. P. 35 physical examination within a timeframe that will not prejudice the parties' expert witnesses and the disclosure of their respective expert's initial reports.

**I.    STATEMENT OF DISCOVERY COMPLETED TO DATE**

1. The Parties participated in the Rule 26(f) conference on November 3, 2023.

2. Plaintiff has served his Initial Disclosure of Documents and Witnesses and 1 Supplement.

3. Defendant has served its Initial Disclosure of Documents and Witnesses.

1

4.    Plaintiff has propounded initial written discovery on Defendant.

5.    Defendant has propounded initial written discovery on Plaintiff.

6.    Defendant has requested a Fed. R. Civ. P. 35 physical examination of Plaintiff.

## II.   STATEMENT OF DISCOVERY THAT NEEDS TO BE COMPLETED

1.    The Parties need to respond to each other's pending written discovery.

2.    Deposition of the Plaintiff.

3.    Initial Expert Disclosures.

4.    Rebuttal Expert Disclosures.

5.    Expert witness depositions.

6.    Depositions of Plaintiff's treating physicians.

7.    Depositions of State Farm's claim personnel and Rule 30(b)(6) witness.

8.    Additional written discovery.

## III.   REASONS WHY DISCOVERY SHOULD BE EXTENDED

The parties are diligently engaged in discovery. Based on the nature and extent of Plaintiff's alleged injuries and damages, Defendant requested that Plaintiff submit to a Fed. R. Civ. P. 35 physical examination by neurosurgeon James Forage, M.D. Plaintiff agreed to the examination; however, the parties have been unable to coordinate a date for the examination. Specifically, Dr. Forage is unable to conduct the examination prior to the January 26, 2024 discovery deadline for the parties to disclose their experts' reports. The parties had contemplated December 21, 2023, January 11, 2024; January 16, 2024 and January 23, 2024 to accomplish the examination but none of those dates are mutually convenient for all parties.

The parties are seeking a ninety (90) day continuance of the current discovery deadline to give the parties sufficient time to facilitate Defendant's Fed. R. Civ. P. 35 physical examination within a timeframe that will not prejudice the parties' expert witnesses and the disclosure of their respective expert's initial reports. The additional time will permit the examination to go forward at a date later than the current initial expert disclosure deadline, January 26, 2024, and enable their respective experts to timely prepare their reports.

## IV. PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY

It is hereby stipulated that the discovery cutoff deadline be extended for a period of ninety (90) days. If approved, the new discovery deadline would be modified as follows:

| Task | Current Deadline | Proposed Deadline |
|---|---|---|
| Last day to amend pleadings and add parties | December 27, 2023 | Closed |
| Last day to disclose initial experts and reports | January 26, 2024 | April 25, 2024 |
| Last day to disclose rebuttal experts and reports | February 26, 2024 | May 28, 2024[1] |
| Discovery cutoff | March 26, 2024 | June 24, 2024 |
| Last day to file dispositive motions | April 25, 2024 | July 24, 2024 |
| Pre-Trial order | May 28, 2024 | August 26, 2024 |

DATED this 8th day of January 2024.　　　　　　DATED this 8th day of January 2024.

**ANGULO LAW GROUP**　　　　　　　　　　　**HARPER | SELIM**

/s/ Peter M. Angulo　　　　　　　　　　　　　　/s/ James E. Harper

PETER M. ANGULO　　　　　　　　　　　　　JAMES E. HARPER
Nevada Bar No. 3672　　　　　　　　　　　　　Nevada Bar No. 9822
5545 S. Mountain Vista Street, Suite F　　　　　　SABRINA G. WIBICKI
Las Vegas, Nevada 89120　　　　　　　　　　　Nevada Bar No. 10669
*Attorneys for Plaintiff*　　　　　　　　　　　　1935 Village Center Circle
　　　　　　　　　　　　　　　　　　　　　　Las Vegas, Nevada 89134
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*

### ORDER

IT IS SO ORDERED.

DATED: 1/10/2024

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] This deadline falls on Sunday, May 26, 2024. As a result, this deadline extends to the next court day of Tuesday, May 28, 2024, by operation of Fed. R. Civ. P. 6.

3