JAMES E. HARPER
Nevada Bar No. 9822
SABRINA G. WIBICKI
Nevada Bar No. 10669
**HARPER | SELIM**
1935 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 948-9240
Fax:    (702) 778-6600
Email: eservice@harperselim.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSE SOTELO, individually,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, and DOES I through, and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendant. | CASE NO.: 2:23-cv-01541-MMD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE STIPULATED PROTECTIVE ORDER** |

Plaintiff, JOSE SOTELO ("Plaintiff"), by and through his attorneys of record, ANGULO LAW GROUP, and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its attorneys of record, HARPER | SELIM, (collectively, "the Parties") submit the following Stipulation and Order to Extend Time to File Stipulated Protective Order.

/ / /

1

Pursuant to LR IA 6-1 and LR 26-3, the Parties stipulate to extend the time for the Parties to either file their Stipulated Protective Order or seek additional clarification via motion from the current deadline of July 1, 2024 (ECF No. 22) through and including July 8, 2024. The parties are working to craft agreeable language to govern the disclosure of confidential information to a focus group/mock jury. Unfortunately, Defendant's point-of-contact on this matter is out of the office this week thereby thwarting resolution of the matter.

DATED this 1st day of July 2024.

**ANGULO LAW GROUP**

*/s/ Peter M. Angulo*

PETER M. ANGULO
Nevada Bar No. 3672
5545 S. Mountain Vista Street, Suite F
Las Vegas, Nevada 89120
*Attorneys for Plaintiff*

DATED this 1st day of July 2024.

**HARPER | SELIM**

*/s/ James E. Harper*

JAMES E. HARPER
Nevada Bar No. 9822
SABRINA G. WIBICKI
Nevada Bar No. 10669
1935 Village Center Circle
Las Vegas, Nevada 89134
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: July 1, 2024

2