| | |
|---|---|
| 1 | JAMES E. HARPER |
| | Nevada Bar No. 9822 |
| 2 | SABRINA G. WIBICKI |
| | Nevada Bar No. 10669 |
| 3 | **HARPER | SELIM** |
| | 1935 Village Center Circle |
| 4 | Las Vegas, Nevada 89134 |
| | Phone: (702) 948-9240 |
| 5 | Fax:    (702) 778-6600 |
| | Email: eservice@harperselim.com |
| 6 | *Attorneys for Defendant* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSE SOTELO, individually, | CASE NO.: 2:23-cv-01541-MMD-DJA |
| Plaintiff, | **STIPULATION AND ORDER TO STAY CASE FOR 90 DAYS PENDING BINDING ARBITRATION** |
| vs. | |
| STATE FARM FIRE AND CASUALTY COMPANY, and DOES I through, and ROE CORPORATIONS XI through XX, inclusive, | |
| Defendant. | |

COME NOW Plaintiff, JOSE SOTELO ("Plaintiff"), by and through his attorneys of record, ANGULO LAW GROUP, and Defendant, STATE FARM FIRE AND CASUALTY COMPANY ("Defendant") (Plaintiff and Defendant, collectively, "the Parties"), by and through its attorneys of record, HARPER | SELIM, and hereby stipulate and agree to place the above-captioned case on a stay for 90 days.

The Parties have agreed to a binding arbitration in this matter, and the same is in the process of being scheduled with the selected neutral. (Due to personal reasons, the agreed upon arbitrator has had to reschedule the arbitration for a time later than the parties' anticipated and intended.) In the interim, however, Plaintiff and Defendant are still conducting discovery in support of the claims and/or defenses and may be required to subpoena witnesses or documents, mandating the case continue to remain open so that any such subpoenas can be issued. Once discovery is completed,

/ / /

1

which the Parties anticipate will be completed within the requested 90 day stay, Plaintiff and Defendant will submit a proposed Order dismissing the case in its entirety.

DATED this 21st day of January 2025.   DATED this 21st day of January 2025.

**ANGULO LAW GROUP**                    **HARPER | SELIM**

*/s/ Peter M. Angulo*                   */s/ James E. Harper*

PETER M. ANGULO                         JAMES E. HARPER
Nevada Bar No. 3672                     Nevada Bar No. 9822
5545 S. Mountain Vista Street, Suite F  SABRINA G. WIBICKI
Las Vegas, Nevada 89120                 Nevada Bar No. 10669
*Attorneys for Plaintiff*               1935 Village Center Circle
                                        Las Vegas, Nevada 89134
                                        *Attorneys for Defendant*

### ORDER

Based on the foregoing stipulation and good cause appearing:

IT IS HEREBY ORDERED that that the above-entitled action be stayed in its entirety as to all discovery and/or pre-trial deadlines for 90 days, up to and including April 21, 2025.

DATED: 1/22/2025

_____
UNITED STATES MAGISTRATE JUDGE

2