JAMES E. HARPER
Nevada Bar No. 9822
SABRINA G. WIBICKI
Nevada Bar No. 10669
**HARPER | SELIM**
1935 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 948-9240
Fax:    (702) 778-6600
Email: eservice@harperselim.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSE SOTELO, individually,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, and DOES I through, and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendant. | CASE NO.:  2:23-cv-01541-MMD-DJA<br><br>**ORDER GRANTING STIPULATION AND ORDER TO STAY CASE FOR 90 DAYS PENDING BINDING ARBITRATION** |

COME NOW Plaintiff, JOSE SOTELO ("Plaintiff"), by and through his attorneys of record, ANGULO LAW GROUP, and Defendant, STATE FARM FIRE AND CASUALTY COMPANY ("Defendant") (Plaintiff and Defendant, collectively, "the Parties"), by and through its attorneys of record, HARPER | SELIM, and hereby stipulate and agree to place the above-captioned case on a stay for 90 days.

The Parties have agreed to a binding arbitration in this matter. The Parties have agreed to use former Nevada judge Trevor Atkin as the arbitrator, and the hearing is set for June 4, 2025. Plaintiff and Defendant are still conducting discovery in support of the claims and/or defenses and may be required to subpoena witnesses or documents, mandating the case continue to remain open so that any such subpoenas can be issued. Following the arbitration hearing, the Parties will submit a

/ / /

/ / /

1

proposed Order dismissing the case in its entirety.

DATED this 21st day of April 2025.          DATED this 21st day of April 2025.

**ANGULO LAW GROUP**                        **HARPER | SELIM**

*/s/ Peter M. Angulo*                       */s/ James E. Harper*
_____             _____
PETER M. ANGULO                             JAMES E. HARPER
Nevada Bar No. 3672                         Nevada Bar No. 9822
5545 S. Mountain Vista Street, Suite F      SABRINA G. WIBICKI
Las Vegas, Nevada 89120                     Nevada Bar No. 10669
*Attorneys for Plaintiff*                   1935 Village Center Circle
                                            Las Vegas, Nevada 89134
                                            *Attorneys for Defendant*

## ORDER

Based on the foregoing stipulation and good cause appearing:

IT IS HEREBY ORDERED that that the above-entitled action be stayed in its entirety as to all discovery and/or pre-trial deadlines for 90 days, up to and including July 21, 2025.

DATED this 22nd day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE

2