JAMES E. HARPER
Nevada Bar No. 9822
SABRINA G. WIBICKI
Nevada Bar No. 10669
**HARPER | SELIM**
1935 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 948-9240
Fax:    (702) 778-6600
Email: eservice@harperselim.com
*Attorneys for Defendant*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| JOSE SOTELO, individually, | CASE NO.: 2:23-cv-01541-MMD-DJA |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| STATE FARM FIRE AND CASUALTY COMPANY, and DOES I through, and ROE CORPORATIONS XI through XX, inclusive, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff, JOSE SOTELO, by and through his attorneys of record, ANGULO LAW GROUP, and Defendant, STATE FARM FIRE AND CASUALTY COMPANY, by and through its attorneys of record, HARPER | SELIM, that the above-entitled matter be dismissed with prejudice; each party to bear their own costs and attorney fees.

DATED this 27 day of June 2025.                              DATED this 30th day of June 2025.

**ANGULO LAW GROUP**                                          **HARPER | SELIM**

/s/ Peter M. Angulo                                           /s/ James E. Harper
PETER M. ANGULO                                               JAMES E. HARPER
Nevada Bar No. 3672                                           Nevada Bar No. 9822
5545 S. Mountain Vista Street, Suite F                        SABRINA G. WIBICKI
Las Vegas, Nevada 89120                                       Nevada Bar No. 10669
*Attorneys for Plaintiff*                                     1935 Village Center Circle
                                                              Las Vegas, Nevada 89130
                                                              *Attorneys for Defendant*

1

## ORDER

Based on the parties' stipulation **(ECF No. 36 )** and good cause appearing:

IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. All hearings, conferences, and deadlines are VACATED. The **Clerk of Court** is directed to **CLOSE THIS CASE.**

DATED this 1st day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE